**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Salvador FERRER–VALENZUELA,
Defendant—Appellant.**

No. 07–50563.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 8, 2008.*

Filed Sept. 22, 2008.

USSD, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

R.App. P. 34(a)(2).

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.

Michael L. Crowley, Esq., Attorney at Law, San Diego, CA, for Defendant–Appellant.

Before: TASHIMA, SILVERMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Salvador Ferrer Valenzuela appeals the sentence imposed upon revocation of his supervised release. Ferrer Valenzuela's contention that the supervised release regime is unconstitutional and that *United States v. Huerta–Pimental*, 445 F.3d 1220 (9th Cir.2006), has been undermined by the Supreme Court's decision in *Cunningham v. California*, 549 U.S. 270, 127 S.Ct. 856, 166 L.Ed.2d 856 (2007), is foreclosed by our decision in *United States v. Santana*, 526 F.3d 1257, 1262 (9th Cir.2008). *Huerta–Pimental* remains good law after Cunningham, and the revocation of Ferrer–Valenzuela's supervised release and resulting imposition of his sentence did not violate his constitutionally protected right. *Id.*

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

